FILED

AUG 31 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

L. G. BROWN
J. L. BROWN - MINOR CHILD
B. K. BROWN II - MINOR CHILD
4241 FORT DUPONT TERRACE SE
WASHINGTON DC  20020

VS.

DUPONT PARK SEVENTH DAY ADVENTIST SCHOOL
3942 ALABAMA AVE SE
WASHINGTON DC  20020

CASE NUMBER  1:05CV01742

JUDGE: Rosemary M. Collyer

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 8/31/2005

JURY ACTION

COMPLAINT

IN AUGUST OF 2004, AFTER MONTHS OF QUESTIONING, MY CHILDREN WERE DENIED ADMITTANCE TO THE DUPONT PARK SCHOOL PRIMARILY BECAUSE OF MY SON'S LEARNING DISABILITY. INITIALLY HIS LEARNING DISABILITY WAS NEVER DISCUSSED. ONCE IT BECAME AN ISSUE, I INFORMED THE ADMINISTRATORS THAT BECAUSE HE BEGAN HIS EDUCATION WITH THE DC PUBLIC SCHOOL SYSTEM THAT THEY WERE OBLIGATED TO CONTINUE WITH HIS TREATMENT - REGARDLESS OF WHERE HE ATTENDED SCHOOL. AN ADMINSTRATOR AT THE SCHOOL TOLD OUR EDUCATIONAL ADVOCATES THAT THAT WAS IRREVELANT AND THAT THE ULTIMATE CHOICE WAS THEIRS. WHEN QUESTIONED ABOUT TITLE ONE FUNDING AT THE SCHOOL BY THE ATTORNEY, THE SCHOOL'S RESPONSE AGAIN MADE MENTION TO IRRELEVANCE. THE EXPERIMENTAL PROGRAM THAT THE VOUCHERS ORIGINATE IS FROM A CONGRESSIONAL GRANT - WHICH - IF ONE STUDENT IS ADMITTED UNDER PROGRAM THAT CONSTITUTES DISCRIMINATION ACCORDING TO THE AMERICAN WITH DISABILITIES ACT. THUS, THE ADMISTRATION OF THE DUPONT PARK SEVENTH DAY ADVENTIST WILLFULLY AND PURPOSELY DENIED BOTH OF MY CHILDREN ADMITTANCE BECAUSE OF THEIR REFUSAL TO ACCOMODATE MY SON WITH HIS LEARNING DISABILITY.

RECEIVED

AUG 22 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ON AUGUST 18, 2004, MS. NELOMS (ATTORNEY FOR EDUCATIONAL ADVOCATE ALREADY FAMILIAR WITH LAWS CONCERNING SPECIAL EDUCATION) WAS TOLD BY MS. NEWTON AND MS. QUINNONEZ THAT MY CHILDREN WERE DENIED ADMISSION DUE TO MY SON'S SPECIAL EDUCATION NEEDS. WHEN QUESTIONED ABOUT OFFICIAL NOTIFICATION, MS. NELOMS WAS TOLD THAT WITH OVER EIGHTY APPLICANTS IT WAS NOT POSSIBLE FOR THEM TO NOTIFY EACH APPLICANT INDIVIDUALLY.

AS OF THE FIRST DAY OF SCHOOL (SCHOOL YEAR 2004 - 2005), MY FAMILY WAS NEVER TOLD ABOUT ADMISSION OR LACK THEREOF IN ANY OFFICIAL CAPACITY. THIS ELIMINATED OUR ABILITY TO FIND A SCHOOL THAT COULD ACCOMMODATE BOTH CHILDREN TOGETHER -- THEREFORE CAUSING A FORFEITURE OF SCHOLARSHIP FUNDS.

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF SUES AND DEMANDS JUDGEMENT OF AND FROM DEFENDANT OF $15,000 IN LOST TUITION AND $200,000 IN DAMAGES SUFFERED AS A RESULT OF THIS INCIDENT.

PLAINTIFF IS REQUESTING A JURY TRIAL.

L. G. BROWN
4241 FORT DUPONT TERRACE SE
WASHINGTON, DC  20020
(202) 575-2638