IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.G. BROWN, as parent and next friend of her minor children, J.L. Brown and B.K. Brown, II, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DUPONT PARK SEVENTH DAY ADVENTIST SCHOOL, 3942 Alabama Ave., SE Washington, DC 20020, )<br>)<br>)<br>)<br>)<br>Defendant. ) | Case No. 1:05-CV-01742-RMC<br>Judge Rosemary M. Collyer |

**DEFENDANT DUPONT PARK SEVENTH DAY ADVENTIST SCHOOL'S MOTION TO DISMISS**

Defendant Dupont Park Seventh Day Adventist School (the "School"), by counsel, and pursuant to Fed. R. Civ. P. 12(b)(6) hereby moves this Honorable Court for dismissal and respectfully refers this Court to its supporting Memorandum of Points and Authorities, attached hereto and incorporated by reference herein.

Defendant School requests a hearing on this Motion.

DUPONT PARK SEVENTH DAY
ADVENTIST SCHOOL

By: _____
Counsel

David D. Hudgins (#362451)
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, Virginia 22314
(703) 739-3300 phone
(703) 739-3700 fax

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of October 2005, I sent a true and accurate copy of defendant's Motion to Dismiss, Memorandum of Points and Authorities in Support of Motion to Dismiss, and proposed Order via first class mail, postage pre-paid to:

L.G. Brown
4241 Fort Dupont Terrace, SE
Washington, DC  20020

By: _____
Counsel