IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **L.G. BROWN, as parent and next friend of her minor children, J.L. Brown and B.K. Brown, II,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | **Case No. 1:05-CV-01742-RMC** <br> **Judge Rosemary M. Collyer** |
| **DUPONT PARK SEVENTH DAY ADVENTIST SCHOOL,** ) ) ) | |
| **Defendant.** ) | |

## ORDER

The Motion to Dismiss of defendant Dupont Park Seventh Day Adventist School having come on, and having been considered along with the [lack of] opposition, and any reply thereto, it is

ORDERED that the Motion be, and it hereby is, granted, and this case is

DISMISSED with prejudice and plaintiff's request for a jury trial is stricken.

_____
Rosemary M. Collyer
Judge, United States District Court

cc:

David D. Hudgins, Bar No. 362451
Hudgins Law Firm, P.C.
515 King Street, Suite 400
Alexandria, VA  22314

L.G. Brown
4241 Fort Dupont Terrace, SE
Washington, DC  20020