UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.G. BROWN, et al., | ) |
|       Plaintiffs, | ) ) ) |
| v. | )   Civil Action No. 05-1742 (RMC) |
| DUPONT PARK SEVENTH DAY ADVENTIST SCHOOL, | ) ) ) ) ) |
|       Defendant. | ) |

### ORDER

This matter is before the Court on Defendant's Motion to Dismiss the complaint. Plaintiffs, who are proceeding *pro se*, are advised of the following. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is this 28th day of November, 2005, hereby

      **ORDERED** that Plaintiffs shall respond to Defendants' Motion to Dismiss by no later than 30 days from the date of this Order. If plaintiffs do not respond by that date, the Court will treat the motion as conceded and may dismiss the complaint against the movant or the case in its entirety.

**SO ORDERED**.

Signed: November 28, 2005.

/s/
ROSEMARY M. COLLYER
United States District Judge