UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L.G. BROWN, et al.,           )<br>                               )<br>         Plaintiffs,           )<br>                               )<br>     v.                        )     Civil Action No. 05-1742 (RMC)<br>                               )<br>DUPONT PARK SEVENTH DAY        )<br>ADVENTIST SCHOOL,              )<br>                               )<br>         Defendant.            )| |

### ORDER OF DISMISSAL

This matter comes before the Court on Defendant's motion to dismiss, filed October 24, 2005. Plaintiffs are appearing *pro se*. The Court ordered Plaintiffs to respond to the motion by December 28, 2005. The Court advised Plaintiff that failure to respond could result in dismissal of the action and entry of judgment in favor of the Defendant. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1998).

As of this date, Plaintiffs have not filed a response to the motion to dismiss. Accordingly, it is this 2nd day of February, 2006

**ORDERED** that Defendant's Motion to Dismiss [Dkt.# 4] is **GRANTED**. It is **FURTHER ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

Date: February 2, 2006.